FORM minff7
REVISED 06/01/2014

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:14–bk–13734–EPB

TEODORO SANCHEZ MATA  Chapter: 7
8621 SOUTH 57TH DRIVE
LAVEEN, AZ 85339
**SSAN:** xxx–xx–9040
**EIN:**

Debtor(s)

**ORDER TO PAY REQUIRED MINIMUM PAYMENT AND TO PAY BALANCE OF FILING FEE IN INSTALLMENTS**

Debtor(s), at the time of the filing of the bankruptcy petition, did not pay the minimum $50.00 towards the filing fee required by Local Bankruptcy Rule 1006–1.

IT IS ORDERED that the debtor(s) pay the filing fees as follows:

$ 50.00   to be paid on or before 9/22/14
$ 100.00  to be paid on or before 10/20/14
$ 100.00  to be paid on or before 11/17/14
$ 85.00   to be paid on or before 12/15/14

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not pay any money or transfer any property to their attorney, or any other person who rendered services to the debtor(s) in connection with this case.

IT IS FURTHER ORDERED that if the Debtor(s)' circumstances are such that cause may be shown for an extension of time to pay any installment, the Debtor(s) must file a written request for an extension with the Court setting forth those circumstances before the due date of the installment date to be extended.

IT IS FURTHER ORDERED that the failure to pay any installment in a timely manner, coupled with a failure to timely request an extension of time for the payment of the installment shall result in dismissal of this case.

**Date:** September 8, 2014                        BY THE COURT

**Address of the Bankruptcy Clerk's Office:**      HONORABLE Eddward P. Ballinger Jr.
U.S. Bankruptcy Court, Arizona                     United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

## NOTICE TO CUSTOMERS REGARDING PAYMENT OF FILING FEES

The Court accepts cashier's checks or money orders payable to Clerk, U.S. Bankruptcy Court. Personal checks <u>cannot</u> be accepted for payment of filing fees. Do not send cash through the mail. Note: Only in the Phoenix Office can payments for fees be made in cash. Payments taken in the Tucson and Yuma office must be by cashier's check or money order.

## NOTICE TO CUSTOMERS PRESENTING CHECKS FOR PAYMENT OTHER THAN FOR FILING FEES
### (In Person or By Mail)

When you provide a check as payment, you authorize us either to use information from your check to make a one–time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call 602–682–4215.

When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day you make your payment, and you will not receive your check back from your financial institution. Upon notification of clearance, the check will be destroyed.

## NOTICE TO CUSTOMERS – PRIVACY ACT

A Privacy Act Statement required by 5 U.S.C. § 552a(e)(3) stating our authority for soliciting and collecting the information from your check, and explaining the purposes and routine uses which will be made of your check information, is available at: https://www.pccotc.gov/pccotc/index.htm, or call toll free at 1–866–945–7920 to obtain a copy by mail. Furnishing the check information is voluntary, but a decision not to do so may require you to make payment by some other method.